Nancy Cassese MONTE, individually and as Administratrix of the Estate of Albert J. Cassese, Plaintiff–Appellant,

v.

NATIONAL GYPSUM COMPANY; AC & S, Inc.; Armstrong World Industries, Inc., f/k/a Armstrong Cork Co.; The Celotex Co., individually and as a successor in interest to Philip Carey Manufacturing Co., Philip Carey Corp., Briggs Manufacturing Co., Smith & Kanzler Corp., and Panacon Corp.; Eagle–Picher Industries, Inc.; GAF Corporation; Nicolet, Inc., individually and successor in interest to Keasbey–Mattison Co.; Raymark Industries Inc., individually and as successor in interest to Raybestos–Manhattan Inc.; Owens–Corning Fiberglas Corp., U.S. Mineral Products Co., H.K. Porter Co., Inc., individually and successor to Southern Textile Corp., and Southern Asbestos Co.; The Flintkote Co.; Carey Canada Inc.; Fibreboard Corp.; Rock Wool Manufacturing Co., Inc.; Owens–Illi-

nois Inc.; Turner & Newall, PLC., individually and as successor to Keasbey–Mattison Corp.; United States Gypsum Co., Dana Corp., individually and as successor to Smith & Kanzler Co., and Victor Gasket Co.; Certainteed Corp.; TAF International Ltd., formerly Turner Asbestos Fibers Ltd., Pittsburgh–Corning Corp., individually and as successor to Unarco Ind., Defendants–Appellees.

No. 177, Docket 90–6143.

United States Court of Appeals, Second Circuit.

Argued Sept. 17, 1990.

Decided Sept. 17, 1990.

Steven J. Phillips (Diane Paolicelli, Alani Golanski, Levy Phillips & Konigsberg, New York City, of counsel), for plaintiff-appellant.

Steven Cooper (Frank S. Occhipinti, Anderson Kill Olick & Oshinsky, P.C., New York City, of counsel), for defendants-appellees AC & S, Inc., Armstrong World Industries, Inc., GAF Corp., Pittsburgh-Corning Corp., Fibreboard Corp., National Gypsum Co., U.S. Gypsum Co., Dana Corp., CertainTeed Corp., and T & N plc, f/k/a Turner & Newall PLC.

Before OAKES, Chief Judge, MESKILL, Circuit Judge, and RESTANI, Judge, U.S. Court of International Trade.*

PER CURIAM:

In light of the pendency of trial commencing tomorrow in the Eastern District of New York, this appeal—involving several of the defendants—having been argued

* Honorable Jane E. Restani, sitting by designation.

today, is decided today. We affirm the judgment that against these defendants there has been no revival of plaintiff's cause of action under New York law, but an opinion will follow in due course.